BRADLEY CONTRACTING COMPANY, Appellant, *v.* HENRY M. SUSSWEIN, Respondent.

*Bradley Contracting Co.* v. *Susswein,* 160 App. Div. 903, appeal withdrawn.

(Argued October 26, 1915; decided October 27, 1915.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 23, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to establish a lien upon real property. The motion was made upon the ground that conditions respecting the property in suit had so changed since the appeal had been taken as to render the prosecution of the action inadvisable.

*Thomas E. O'Brien* for motion.

*Edwin Atkinson Bayles* opposed.

Motion granted on payment of costs, without penalty for delay.

---

In the Matter of the Application of FRANK W. HUNT, Respondent, *v.* THE VILLAGE OF OTEGO, Appellant.

*Matter of Hunt* v. *Village of Otego,* 170 App. Div. ——, affirmed.

(Argued October 1, 1915; decided October 29, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 12, 1915, which affirmed an order of Special Term confirming the report of commissioners in change of grade damage proceedings.

*Tilley Blakely* for appellant.

*L. F. Raymond* and *C. L. Andrus* for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.